AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:17cv633

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Montgomery Lynch & Assoc. Inc. ℅ Dave Edelman
was received by me on *(date)* 4-12-17 .

☒ I personally served the summons on the individual at *(place)* 5555 Hummingbird Cir, Solon, Oh. 44139 on *(date)* 5-9-17 8:30pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-9-17

Rev. Tony Hodge
*Server's signature*

REV. TONY HODGE
*Printed name and title*

1695 Franklin ave Col. Oh. 43205
*Server's address*

Additional information regarding attempted service, etc:

 search

**Records: 1 to 25 of 40**

Search Terms Used - Last Name: EDELMAN; First Name: DAVE; Street: 1648 BELWOOD AVE; City: SOUTH EUCLID; State: OH; County: CUYAHOGA; Zip: 44121; Radius: 99;

**Result Page: 1**

| All | Full Name | Age/DOB | Address | Dates | Phone Information |
|---|---|---|---|---|---|
| 1. | SALLY EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 5555 HUMMINGBIRD CIR<br>SOLON OH 44139-2089 | Feb 2016 - Apr 2017 | 440-498-0884<br>EDELMAN SHEROLD A |
| 2. | SALLY EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 5555 HUMMINGBIRD CIR<br>SOLON OH 44139-2089 | Feb 2016 - Apr 2017 | 440-498-0884<br>EDELMAN SHEROLD A |
| 3. | SHEROLD DAVE EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 5555 HUMMINGBIRD CIR<br>SOLON OH 44139-2089 | Dec 2015 - Mar 2017 | 440-498-0884<br>EDELMAN SHEROLD A |
| 4. | SHEROLD DAVE EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 5555 HUMMINGBIRD CIR<br>SOLON OH 44139-2089 | Dec 2015 - Mar 2017 | 440-498-0884<br>EDELMAN SHEROLD A |
| 5. | SALLY DAVE EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 1648 BELWOOD RD<br>CLEVELAND OH 44121-3730 | Aug 1993 - Current | 216-381-1126 - EDT |
| 6. | SHEROLD DAVID DAVE EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 1648 BELWOOD RD<br>CLEVELAND OH 44121-3730 | Mar 2000 - Current | |
| 7. | SHEROLD DAVE EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 1648 BELWOOD RD<br>CLEVELAND OH 44121-3730 | Jan 1990 - Current | |
| 8. | S DAVE EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 1648 BELWOOD RD<br>CLEVELAND OH 44121-3730 | Jan 1990 - Current | |
| 9. | SDAVE EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 1648 BELWOOD RD<br>CLEVELAND OH 44121-3730 | Jan 1990 - Current | |

| # | Name | DOB / Age | Address | Dates | Phone / Associated |
|---|---|---|---|---|---|
| 10. | SHEROLD DAVID DAVE EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 1648 BELWOOD RD<br>CLEVELAND OH 44121-3730 | Mar 2000 - Current | |
| 11. | SHEROLD A EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 1648 BELWOOD RD<br>CLEVELAND OH 44121-3730 | | |
| 12. | DAVID S EDELMAN V<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 1648 BELWOOD RD<br>CLEVELAND OH 44121-3730 | Jul 2006 | |
| 13. | SHEROLD DAVID D EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 1648 BELWOOD RD<br>CLEVELAND OH 44121-3730 | Feb 1995 - Current | 216-381-1126 - EDT |
| 14. | SDAVE EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 5555 HUMMINGBIRD CIR<br>SOLON OH 44139-2089 | Feb 2016 | 440-498-0884<br>EDELMAN SHEROLD A |
| 15. | SDAVE EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 5555 HUMMINGBIRD CIR<br>SOLON OH 44139-2089 | Feb 2016 | 440-498-0884<br>EDELMAN SHEROLD A |
| 16. | SHEROLD A EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 5555 HUMMINGBIRD CIR<br>SOLON OH 44139-2089 | Jan 2016 | 440-498-0884<br>EDELMAN SHEROLD A |
| 17. | SHEROLD A EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 5555 HUMMINGBIRD CIR<br>SOLON OH 44139-2089 | Jan 2016 | 440-498-0884<br>EDELMAN SHEROLD A |
| 18. | SHEROLD DAVID DAVE EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 5555 HUMMINGBIRD CIR<br>SOLON OH 44139-2089 | | 440-498-0884<br>EDELMAN SHEROLD A |
| 19. | SHEROLD DAVID DAVE EDELMAN<br>296-34-xxxx<br>LexID: 727479169 | DOB: Jun 26, 1940<br>Age: 76 | 5555 HUMMINGBIRD CIR<br>SOLON OH 44139-2089 | | 440-498-0884<br>EDELMAN SHEROLD A |
| 20. | | | 15609 MADISON AVE<br>LAKEWOOD OH 44107-5637 | May 1992 - Jan 2008 | |