UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HUTCHINSON, et al., | ) | Case No. 1:17 CV 633 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| MONTGOMERY LYNCH & ASSOCIATES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that above captioned case has been settled. Parties may file any documentation evidencing the settlement within thirty days.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                                    _/s/Donald C. Nugent___
                                                                    DONALD C. NUGENT
                                                                    United States District Judge

DATE: __October 24, 2017___